FILED
CLERK, U.S. DISTRICT COURT
JUL -5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBG PROPERTIES, LLC, ) | NO. CV 13-4614-UA(DUTYx) |
| Plaintiff, ) | |
| v. ) | ORDER SUMMARILY REMANDING |
| MARY B. MCNISH WILSON, et al., ) | IMPROPERLY REMOVED ACTION |
| Defendants. ) | |

In a separate order, the Court has denied Defendant's application to proceed <u>in forma pauperis</u> in this improperly removed unlawful detainer action. For the same reasons stated in the Court's separate order, the action is remanded to state court for lack of subject matter jurisdiction.

DATED: _____7/2_____, 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE